## ORDER OF THE STATE HEALTH OFFICER
## SUSPENDING CERTAIN PUBLIC GATHERINGS
## DUE TO RISK OF INFECTION BY COVID-19

### (APPLICABLE STATEWIDE)

### AMENDED AUGUST 27, 2020

**WHEREAS** Coronavirus Disease 2019 (COVID-19) has been detected in Alabama;

**WHEREAS** the appearance of COVID-19 in the State poses the potential of widespread exposure to an infectious agent that poses significant risk of substantial harm to a large number of people;

**WHEREAS** the State Board of Health has designated COVID-19 to be a disease of epidemic potential, a threat to the health and welfare of the public, or otherwise of public health importance;

**WHEREAS** on March 13, 2020, on recommendation of the State Health Officer, Kay Ivey, Governor of the State of Alabama, declared a state public health emergency exists in the State of Alabama;

**WHEREAS** on March 16, 2020, the Jefferson County Health Officer, in response to a rapidly growing number of cases of COVID-19 being detected in Jefferson County, issued an order suspending certain public gatherings in that county;

**WHEREAS** on March 17, 2020, the State Health Officer issued a similar order for counties surrounding Jefferson, including Blount, St. Clair, Shelby, Tuscaloosa, and Walker Counties,

**WHEREAS** on March 19, 2020, the State Health Officer issued an order, and on March 20, 2020, March 27, 2020, April 3, 2020, April 28, 2020, May 8, 2020, May 21, 2020, June 30, 2020, July 15, 2020, and July 29, 2020, amended orders, of statewide application suspending certain public gatherings;

**WHEREAS** social-distancing and related measures remain necessary on a statewide basis to prevent the spread of COVID-19; and

**WHEREAS** Ala. Code § 22-2-2 authorizes the State Health Officer, on behalf of the State Board of Health, to direct that conditions prejudicial to health in public places within the State be abated;

**NOW THEREFORE, THESE PREMISES CONSIDERED**, it is ordered that the following *Safer at Home* order be implemented statewide:

1. **Recommendations for individuals.** Effective April 30, 2020, at 5:00 P.M., all individuals—and especially vulnerable persons—are encouraged to exercise personal responsibility in slowing the spread of COVID-19 by:

   a. Minimizing travel outside the home, especially if sick;

   b. Washing hands frequently with soap and water or hand sanitizer, especially after touching frequently used items or surfaces;

   c. Refraining from touching one's face;

   d. Sneezing or coughing into a tissue, or the inside of one's elbow; and

   e. Disinfecting frequently used items and surfaces as much as possible.

   "Vulnerable persons" means individuals 65 years and older or individuals with serious underlying health conditions, including high blood pressure, chronic lung disease, diabetes, obesity, asthma, and those whose immune system is compromised such as by chemotherapy for cancer and other conditions requiring such therapy.

2. **Facial coverings for individuals.** Effective July 16, 2020 at 5:00 P.M., each person shall wear a mask or other facial covering that covers his or her nostrils and mouth at all times when within six feet of a person from another household in any of the following places: an indoor space open to the general public, a vehicle operated by a transportation service, or an outdoor public space where ten or more people are gathered. But this facial-covering requirement is subject to the following exceptions.

   a. **Exceptions for practical necessity.** The facial-covering requirement does not apply to:

      (i) Any child six years of age or younger or any child who has not yet entered the second grade;

      (ii) Any person with a medical condition or disability that prevents him or her from wearing a facial covering;

      (iii) Any person while consuming food or drink, or seated at a restaurant to eat or drink;

      (iv) Any person who is obtaining a service (for example, a medical or dental procedure) that requires removal of the facial covering in order to perform the service; or

      (v) Any person who is required to remove the facial covering to confirm his or her identity, such as for security or screening purposes.

   b. **Exceptions for exercise.** The facial-covering requirement does not apply to:

2

96

   (i) Any person who is actively engaged in exercise in a gym or other athletic facility if he or she maintains six feet of separation from persons of another household;

   (ii) Any person who is directly participating in athletic activities in compliance with paragraph 11 of this order; or

   (iii) Any person who is in a swimming pool, lake, water attraction, or similar body of water, though wearing a face covering or social distancing is strongly encouraged if safe and practicable.

c. **Exceptions for effective communication.** The facial-covering requirement does not apply to:

   (i) Any person who is seeking to communicate with another person where the ability to see the person's mouth is essential for communication (such as when the other person has a hearing impairment); or

   (ii) Any person speaking for broadcast or to an audience if the person maintains six feet of separation from persons from another household.

d. **Exceptions to facilitate constitutionally protected activity.** The facial-covering requirement does not apply to:

   (i) Any person who is voting, though wearing a face covering is strongly encouraged; or

   (ii) Any person who cannot wear a facial covering because he or she is actively providing or obtaining access to religious worship, though wearing a face covering is strongly encouraged.

e. **Exceptions for essential job functions.** The facial-covering requirement does not apply to:

   (i) Any first responder (including law enforcement officers, firefighters, or emergency medical personnel) if necessary to perform a public-safety function; or

   (ii) Any person performing a job function if wearing a face covering is inconsistent with industry safety standards or a business's established safety protocols.

Masks or other facial coverings can be factory-made, homemade, or improvised from household items such as scarves, bandanas, or t-shirts. For instructions on how to make a facial covering at home, see the Centers for Disease Control and Prevention (CDC)'s "How to Make Cloth Face Coverings," available at https://www.cdc.gov/coronavirus/2019-ncov/prevent-getting-sick/how-to-make-cloth-face-covering.html.

3. **Quarantine for infected persons.** Effective immediately, any person who has tested positive for COVID-19—other than institutionalized persons—shall be quarantined to his or her

3

97

place of residence for a period of time specified by the State Health Officer or his designee. Any person quarantined pursuant to this provision shall not leave his or her place of residence for any reason other than to seek necessary medical treatment. Any person requiring assistance while under quarantine may contact Alabama Voluntary Organizations Active in Disaster, http://alvoad.communityos.org/cms. While under quarantine, the person shall take precautions as directed by his or her health care provider or the Alabama Department of Public Health to prevent the spread of the disease to others.

4. **Non-work related gatherings.** Effective May 11, 2020, all non-work related gatherings of any size, including drive-in gatherings, that cannot maintain a consistent six-foot distance between persons from different households are prohibited.

Organizers of religious gatherings are strongly encouraged to read and implement the Alabama Department of Public Health's "Guidelines for Places of Worship," available at https://alabamapublichealth.gov/covid19/assets/cov-sah-worship.pdf.

5. **Protections for employees.** Effective July 16, 2020 at 5:00 P.M., and unless otherwise specified by this order, all employers shall take reasonable steps, where practicable as work duties permit, to protect their employees by:

   a. encouraging use of masks and facial coverings;

   b. maintaining six feet of separation between employees;

   c. regularly disinfecting frequently used items and surfaces;

   d. encouraging handwashing;

   e. preventing employees who are sick from coming into contact with other persons;

   f. facilitating remote working arrangements; and

   g. minimizing employee travel.

In addition to complying with the requirements of this paragraph, employers are strongly encouraged to read and implement the Alabama Department of Public Health's "Guidelines for Safeguarding All Businesses," available at https://alabamapublichealth.gov/covid19/assets/cov-sah-businesses.pdf.

6. **Protections for customers, etc.** Effective July 16, 2020 at 5:00 P.M., and unless otherwise specified by this order, the operator of any business, government office, or other establishment open to the public shall take reasonable steps, where practicable, to protect their customers, constituents, or other guests by:

   a. encouraging use of masks and facial coverings;

   b. maintaining six feet of separation between such persons (except for those persons who share the same household); and

   c. regularly disinfecting frequently used items and surfaces.

7. **Retailers.** Effective May 11, 2020, all retail stores shall comply with the following rules:

   a. **Emergency maximum occupancy rate.** Occupancy shall be limited to no more than 50 percent of the normal occupancy load as determined by the fire marshal. This "emergency maximum occupancy rate" shall be posted in a conspicuous place, and enough staff shall be posted at the store entrances and exits to enforce this requirement.

   b. **Social distancing.** An employee of the retail store may not knowingly allow customers or patrons to congregate within six feet of a person from another household.

   c. **Sanitation.** The retail store shall take reasonable steps to comply with guidelines on sanitation from the CDC and the Alabama Department of Public Health.

8. **Close-contact service providers.** Effective May 11, 2020, close-contact service providers—such as barber shops, hair salons, waxing salons, threading salons, nail salons and spas, body art facilities, tattoo services, and massage therapy establishments and services—shall comply with the following rules:

   a. **Social distancing.** Employees shall not knowingly allow clients or persons accompanying a client to congregate within six feet of a person from another household.

   b. **Facial coverings.** Each employee shall wear a mask, or other facial covering that covers his or her nostrils and mouth, at all times while providing services within 6 feet of a client.

   c. **Hand sanitation.**

      (i) Employees shall wash their hands thoroughly with soap and water immediately before providing services within 6 feet of a client.

      (ii) Employees of all close-contact service providers are encouraged—and employees providing nail services or facial services are required—to wear gloves when providing services within 6 feet of a client. To the extent employees wear gloves when providing services, they should use a new pair of gloves for each client and should put them on immediately after washing their hands.

   d. **Sanitation.** A close-contact service provider shall take reasonable steps, where practicable, to regularly disinfect frequently used items and surfaces.

In addition to complying with the requirements of this paragraph, close-contact service providers are strongly encouraged to read and implement the Alabama Department of Public

5

**99**

Health's "Guidelines for Close Contact Personal Service Businesses," available at https://alabamapublichealth.gov/covid19/assets/cov-sah-close-contact.pdf.

9. **Athletic facilities.** Effective May 11, 2020, athletic facilities—such as fitness centers and commercial gyms, spas, and yoga, barre, and spin facilities—shall comply with the following rules:

a. **Social distancing.**

   (i) Employees shall not knowingly allow patrons or guests to congregate within six feet of a person from another household.

   (ii) Employees shall not knowingly allow patrons or guests to participate in athletic activities in violation of paragraph 11.

   (iii) Employees shall take reasonable steps to prevent people from congregating in lobby areas, break rooms, and other common areas.

b. **Limits on facility access.** An athletic facility shall limit facility occupancy to 50 percent of the normal occupancy load as determined by the fire marshal. Athletic facilities shall also prohibit patrons and guests from accessing hot tubs, steam rooms, saunas and other recreational water or spa facilities. Pools may be open subject to the social-distancing rules of this paragraph.

c. **Facial coverings.** Each employee shall wear a mask or other facial covering that covers his or her nostrils and mouth at all times while in regular interaction with clients or guests.

d. **Sanitation.** An athletic facility shall take reasonable steps, where practicable, to regularly disinfect frequently used items and surfaces.

In addition to complying with the requirements of this paragraph, operators of athletic facilities are strongly encouraged to read and implement the Alabama Department of Public Health's "Guidelines for Athletic Facilities," available at https://alabamapublichealth.gov/covid19/assets/cov-sah-athletic-facilities.pdf.

10. **Entertainment venues.** Effective May 22, 2020, at 5:00 P.M., entertainment venues shall comply with the following rules:

a. **Social distancing.**

   (i) Employees shall not knowingly allow patrons or guests to congregate within six feet of a person from another household.

   (ii) Employees shall take reasonable steps to prevent people from congregating in lobby areas, break rooms, and other common areas.


100

b. **Emergency maximum occupancy rate.** Indoor and enclosed entertainment venues shall limit occupancy to 50 percent of the normal occupancy load as determined by the fire marshal. Outdoor venues or those not assigned a normal occupancy load by the fire marshal shall limit occupancy as required to comply with the social distancing requirements of this paragraph.

c. **Facial coverings.** Each employee shall wear a mask or other facial covering that covers his or her nostrils and mouth at all times while in regular interaction with clients or guests.

d. **Sanitation.** An entertainment venue shall take reasonable steps, where practicable, to regularly disinfect frequently used items and surfaces.

For purposes of this paragraph, "entertainment venue" includes bowling alleys, arcades, concert venues, theaters, auditoriums, performing centers, tourist attractions (including museums and planetariums), race tracks, commercial or public playgrounds, adult entertainment venues, casinos, and bingo halls. "Entertainment venue" does not include playgrounds operated by educational institutions and child day care facilities; playgrounds operated by education institutions and child day care facilities are covered by, and subject to, paragraph 14. "Entertainment venue" also does not include "night clubs," which are covered by, and subject to, paragraph 19.

In addition to complying with the requirements of this paragraph, entertainment venues are strongly encouraged to read and implement the Alabama Department of Public Health's "Guidelines for Entertainment Venues and Tourist Attractions," available at https://www.alabamapublichealth.gov/covid19/assets/cov-sah-entertainment-tourist.pdf.

11. **Athletic activities.** Effective May 22, 2020, at 5:00 P.M., persons attending or participating in athletic activities shall comply with the following rules:

a. **Permitted team activities.** From May 22, 2020, at 5:00 P.M., until June 14, 2020, participation in team athletic activities is limited to practices that involve conditioning, skill drills, and similar activities, subject to the rules of this paragraph. Beginning June 15, 2020, participation in team athletic activities may proceed in any respect subject to the rules of this paragraph.

b. **Social distancing.**

   (i) Players, coaches, officials, and spectators shall not congregate within 6 feet of a person from another household except to the extent necessary—and only to the extent necessary—for players, coaches, and officials to directly participate in the athletic activity.

   (ii) Players, coaches, officials, and spectators shall refrain from high fives, handshakes, and other physical contact except to the extent necessary—and only

7

/o/

> to the extent necessary—for players, coaches, and officials to directly participate in the athletic activity.
>
> c. **Facial coverings.** Unless an exception to paragraph 2's facial-covering requirement would apply, players, coaches, officials, and spectators shall wear a mask or other facial covering that covers his or her nostrils and mouth at all times while within six feet of a person from another household except when a player or official is directly participating in the athletic activity.
>
> d. **Sanitation.** Players, coaches, and officials shall not share water coolers, drinking stations, water bottles, cups, or other drinking devices. Organizers of athletic activities shall take reasonable steps, where practicable, to regularly disinfect frequently used items and surfaces.

For purposes of this paragraph, "athletic activities" means "sports that involve interaction with another person of closer than six feet" and "activities that require use of shared sporting apparatus and equipment."

In addition to complying with the requirements of this paragraph, persons attending or participating in athletic activities are strongly encouraged to comply with any guidelines adopted by the relevant governing organization, if one exists for the athletic activity in question, to the extent those guidelines are consistent with the requirements of this paragraph.

In addition, organizers of athletic activities are strongly encouraged to read and implement the Alabama Department of Public Health's "Guidelines for Adult and Youth Athletic Activities," available at https://www.alabamapublichealth.gov/covid19/assets/cov-sah-athletic-activities.pdf.

12. **Beaches.** Effective May 11, 2020, anyone using the beaches shall maintain a consistent six-foot distance between himself or herself and all persons from a different household. For purposes of this section, the term "beach" means the sandy shoreline area abutting the Gulf of Mexico, whether privately or publicly owned, including beach access points.

13. **Senior Citizen Centers.** Effective March 20, 2020, all regular programs at Senior Citizen Centers shall be ended except that Senior Citizen Centers and their partners are urged to assure that their clients continue to receive needed meals via curbside pick-up or delivery.

14. **Educational institutions.** Effective June 1, 2020, all schools, public and private—including elementary, secondary, postsecondary, technical, and specialty schools, and colleges and universities—shall comply with the following rules:

a. **Social distancing.** Schools shall take reasonable steps, where practicable, to maintain six feet of separation between persons of different households.

b. **Sanitation.** Schools shall take reasonable steps, where practicable, to regularly disinfect frequently used items and surfaces.

8

/02

c. **Facial coverings.** Each employee, and each student in second grade or above, shall, to the greatest extent practicable, wear a mask or other facial covering that covers his or her nostrils and mouth at all times when in regular interaction within six feet of a person from a different household.

In addition to complying with the requirements of this paragraph, educational institutions are strongly encouraged to adopt and implement additional measures to supplement these minimum rules. Guidance applicable to public K-12 schools is available at https://www.alabamapublichealth.gov/covid19/assets/adoe-school-sponsored-activities.pdf.

15. **Child day care facilities.** Effective May 23, 2020, at 5:00 P.M., facilities providing child day care, including any child day care facility described in Ala. Code § 38-7-2, shall comply with the following rules:

   a. **Social distancing.** Employees shall not knowingly allow parents or other guests to congregate within six feet of a person from another household. Facilities shall also take reasonable steps to prevent parents or other guests from congregating in lobby areas, cafeterias, and other common areas.

   b. **Sanitation.** Child day care facilities shall take reasonable steps, where practicable, to regularly disinfect frequently used items and surfaces.

   c. **Facial coverings.** Each employee shall, to the greatest extent practicable, wear a mask or other facial covering that covers his or her nostrils and mouth at all times when in regular interaction within six feet of a person from a different household.

In addition to complying with the requirements of this paragraph, child day care facilities are strongly encouraged to read and implement the Alabama Department of Public Health's "Guidelines for Child Day Care Facilities," available at https://www.alabamapublichealth.gov/covid19/assets/cov-sah-childcare-facilities.pdf.

16. **Camps.** Effective May 23, 2020, day and overnight youth summer camps shall comply with the following rules:

   a. **Social distancing.**

      (i) Employees shall not knowingly allow campers or guests to congregate within six feet of a person from another household.

      (ii) Employees shall not knowingly allow campers or guests to participate in athletic activities in violation of paragraph 11.

   b. **Sanitation.** Camps shall take reasonable steps, where practicable, to regularly disinfect frequently used items and surfaces.

9

*10-3*

   c. **Facial coverings.** Each employee shall, to the greatest extent practicable, wear a mask or other facial covering that covers his or her nostrils and mouth at all times when in regular interaction with campers and guests.

In addition to complying with the requirements of this paragraph, day and overnight youth summer camps are strongly encouraged to read and implement the Alabama Department of Public Health's "Guidelines for Day and Overnight Youth Summer Camps," available at https://www.alabamapublichealth.gov/covid19/assets/cov-sah-youth-camps.pdf.

17. **Hospitals and similar institutions.** Effective July 3, 2020, all Hospitals and Nursing Home/Long Term Care Facilities (including Assisted Living and Specialty Care Assisted Living Facilities) shall limit the entrance of visitors, as defined by the facility, and non-essential health care personnel, except for certain compassionate care situations such as maternity, end-of-life, and support for persons with disabilities, as well as any other situations where the presence of a caregiver would facilitate appropriate care.

18. **Medical procedures.** Effective April 30, 2020, at 5:00 P.M., dental, medical, or surgical procedures may proceed unless the State Health Officer or his designee determines that performing such procedures, or any category of them (whether statewide or regionally), would unacceptably reduce access to personal protective equipment or other resources necessary to diagnose and treat COVID-19. Providers performing these procedures shall follow all applicable COVID-19-related rules adopted by a state regulatory board or by the Alabama Department of Public Health. In the absence of such rules, providers should take reasonable steps to comply with applicable COVID-19-related guidelines from the Centers for Medicare and Medicaid Services (CMS) and the CDC, including "Re-opening Facilities to Provide Non-emergent Non-COVID-19 Healthcare: Phase I" from CMS, available at https://www.cms.gov/files/document/covid-flexibility-reopen-essential-non-covid-services.pdf, and "Infection Control Guidance for Healthcare Professionals about Coronavirus (COVID-19)" from the CDC, available at https://www.cdc.gov/coronavirus/2019-ncov/hcp/infection-control.html.

19. **Restaurants and similar establishments.** Effective August 31, 2020 at 5:00 P.M., all food service establishments and retail food stores permitted by the Alabama Department of Public Health shall operate as follows:

   a. Such establishments may continue to offer food for take-out or delivery provided the social distancing protocols, including maintaining a consistent six-foot distance between persons, are followed.

   b. Such establishments are strongly encouraged to offer online ordering and curbside pick-up of food.

   c. Hospital food service areas and cafeterias operated by an educational institution described in paragraph 14 are excluded from this paragraph provided they have their own social distancing plan.

10

104

   d. Insofar as such establishments offer on-premises consumption of food or drink, they shall limit the party size at tables to no more than eight persons and maintain at least six feet of separation between people seated at different tables, booths, chairs, or stools. Games played at such establishments, such as pool and darts, may be played if players maintain 6 feet of distance from other players, game equipment is not shared by players during game play, and equipment is sanitized in between uses.

   e. Each employee shall wear a mask or other facial covering that covers his or her nostrils and mouth at all times while in regular interaction with patrons or guests.

   f. Such establishments operating buffets, salad bars, and self-serve drink stations shall (i) ensure that at least one employee's duties include maintaining six feet of distance among customers using the buffet, salad bar, or self-serve drink station and (ii) provide hand sanitizer and encourage customers to apply it before using the buffet, salad bar, or self-serve drink station.

   In addition to complying with the requirements of this paragraph, establishments subject to this paragraph are strongly encouraged to read and implement the Alabama Department of Public Health's "Guidelines for Restaurants and Bars," available at https://alabamapublichealth.gov/covid19/assets/cov-sah-restaurants-bars.pdf.

   20. **Duration.** This Order shall remain in full force and effect until 5:00 P.M. on October 2, 2020, unless extended, rescinded, or modified in writing before that time. Prior to 5:00 P.M. on October 2, 2020, a determination shall be made whether to extend this Order—or, if circumstances permit, to change this Order.

   21. **Preemption.** To the extent this Order conflicts with any order previously issued by the State Health Officer concerning COVID-19 mitigation measures, this Order supersedes and preempts the conflicting provisions of the previously issued order effective on the dates specified above. This Order also supersedes and preempts all orders previously issued by county health officers concerning COVID-19 mitigation measures, as well as any municipal ordinances concerning the use of facial coverings to prevent the spread of COVID-19. (If this Order's facial-covering requirement is rescinded, however, orders of county health officers and municipal ordinances pertaining to COVID-19 facial coverings may take effect according to their terms.) After the date this order is issued, county health officers are authorized, after approval by the State Health Officer, to implement more stringent measures as local circumstances require.

   This Order also supersedes and preempts any county and municipal orders or ordinances, whenever adopted, that purport to impose less stringent COVID-19-related measures.

                                          Done on this 27th day of August, 2020.

                                          Scott Harris

                                          _____
                                          Scott Harris, M.D., M.P.H.
                                          State Health Officer
                                          11

*105*

## ORDINANCE NO. 20-2020

## AN ORDINANCE TO REQUIRE WEARING MASKS IN PUBLIC IN THE CITY OF MONTGOMERY DURING THE COVID-19 PUBLIC HEALTH EMERGENCY AND RECOVERY

**WHEREAS,** the Council of the City of Montgomery recognizes the emergency declarations of the President of the United States, the Governor of the State of Alabama, and the Mayor of the City of Montgomery related to the spread of COVID-19 disease in our community; and,

**WHEREAS,** the Council has authority under Ala. Code, Sec11-47-130; Act No. 618 of 1973 and municipal ordinance 14-101 to prevent the introduction of contagious, infectious, or pestilential diseases into the City and to establish and regulate a sufficient quarantine, not inconsistent with laws of the state, in the City and to punish any breach of quarantine law; and,

**WHEREAS,** the Council finds that an emergency of unprecedented size resulting from the natural cause of community spread of a novel human coronavirus disease, COVID-19, has occurred in the City of Montgomery; and,

**WHEREAS,** COVID- 19 is a disease caused by a novel coronavirus, previously unknown in humans, and causes upper-respiratory tract illnesses that can range from mild to severe, spread quickly, and may cause death, particularly in older adults and persons with certain chronic medical conditions; and,

**WHEREAS, the** World Health Organization declared COVID-19 to be a global pandemic as of March 15, 2020; and,

**WHEREAS,** the spread and effect of COVID-19 has created a humanitarian crisis of unanticipated proportions; and,

**WHEREAS,** President Donald Trump declared a national emergency related to the COVID-19 pandemic; Governor Kay Ivey declared a state of emergency for the State of Alabama and Mayor Steven L. Reed declared a state of emergency in the City of Montgomery; and,

**WHEREAS,** the City of Montgomery is threatened by COVID-19 because of the extraordinary ability of the virus to spread rapidly among humans, and COVID-19 thereby constitutes a clear and present threat to the health, safety, and welfare of the citizens and visitors of the City; and

**WHEREAS,** although under investigation and development, no vaccine or drug is currently available to cure or combat COVID-19; and,

**WHEREAS,** as of July 7th 2020, Alabama has had 45,263 identified cases of coronavirus, including 4,246 in Montgomery County, where the City of Montgomery is primarily located; and,

**WHEREAS,** Alabama has recorded 1,007 deaths attributed to COVID-19, with 105 of those deaths occurring in Montgomery County; and,

**WHEREAS,** the Centers for Disease Control ('CDC') continues to study the spread and effects of COVID-19 and has found that a significant portion of individuals with the novel

Ex B

coronavirus lack symptoms and those that eventually develop symptoms can transmit the virus to others before those symptoms appear, meaning that the virus can be spread between people interacting in close proximity to each other by actions such as speaking, coughing, or sneezing, even without exhibiting symptoms; and,

**WHEREAS,** in light of this new evidence, CDC recommends wearing cloth face coverings in public settings where other social distancing measures are difficult to maintain, for example, grocery stores, pharmacies and other businesses people must visit to acquire goods and services necessary to maintain their comfort and well-being; and,

**WHEREAS,** the City Council recognizes that it is critical to continue maintaining 6-feet social distancing to slow the spread of COVID-19, but that the additional use of simple cloth face covering, as recommended by CDC, can further aid in slowing the spread of the virus by reducing the chances of asymptomatic people transmitting the virus to others; and,

**WHEREAS,** in reopening certain businesses and other activities in the City of Montgomery, it is in the best interest of public health for individuals to continue to use social distancing and the additional precaution of face coverings or masks while in public contact with other persons; and,

**WHEREAS,** it continues to be extremely important to protect vulnerable individuals from contracting the virus and such persons should continue to maintain strict social distancing, including sheltering at home, during early phases of reopening; and,

**WHEREAS,** members of households with vulnerable individuals need to use all reasonable precautions to avoid potential exposure to the virus; and,

**WHEREAS,** the Council finds that it is in the best interest of the public peace, health, welfare, and safety, and to preserve the lives of citizens of the City of Montgomery, to require that masks, consisting of at least simple cloth face coverings, be worn by persons when interacting in public spaces in the City of Montgomery.

## SECTION 1.

NOW, THEREFORE, BE IT ORDAINED by the Council of the City of Montgomery that facial coverings or "masks" shall be required in public places within the City to slow the spread of the novel coronavirus disease, known as COVID-19, as follows:

(a) DEFINITIONS:

*Face covering or mask:* A device to cover the nostrils and mouth of a person to impede the spread of saliva or other fluids during speaking, coughing, sneezing or other intentional or involuntary action. Medical grade masks are not required; coverings may be fashioned from scarves, bandanas or other suitable fabrics. The mask must cover the mouth and nose of the wearer.

*Public place:* Any place other than an individual's home or personal vehicle; provided, however, that face coverings or masks should be worn when interacting with someone other than a member

of the household at home or when traveling with someone who is not a member of the household.

*Vulnerable individuals:* Elderly individuals or individuals with serious underlying health conditions, including high blood pressure, chronic lung disease, diabetes, obesity, asthma, and those whose immune system is compromised such as by chemotherapy for cancer and other conditions requiring such therapy.

(b) Face coverings, masks or shields shall be worn at all times over the nostrils and mouth by persons over the age of six (6) years and who can medically tolerate doing so when in public places consisting of gatherings of more than 10 persons within the City of Montgomery.

(c) The requirement to wear face coverings or masks shall apply to all persons, whether employees or customers or clients of businesses within the City of Montgomery. This includes at restaurants, bars and breweries. Masks or face coverings may only be removed when one's food arrives at the table or to consume a beverage. Otherwise, the mask or face covering must be worn while in the establishment.

(d) Exceptions:

   (1) Face coverings or masks are not required to be worn over the face during individual outdoor exercise, for example, walking or jogging, but must be worn when encountering and interacting with groups of other people in a park or other public place.

   (2) Children six (6) years of age and under, as face coverings or masks may pose a risk of choking, strangulation or suffocation to infants and young toddlers. Carriers and strollers with coverings that allow the child to breathe comfortably are alternatives for infants and young toddlers. Parents and guardians shall be responsible for ensuring proper masking of children over the age of six (6) years when in public but must ensure that the face covering or mask does not pose a choking hazard for children older than six (6) and can be safely worn without obstructing a child's ability to breathe. Parents and guardians shall exercise judgment and avoid bringing children not wearing masks into public places, especially where contact with vulnerable individuals is expected.

   (3) Patients in examination rooms of medical or dental offices or clinics or hospitals where there is a necessity to examine or treat the mouth or nasal area, subject to the direction of the medical or dental professionals in charge of the office, clinic or hospital.

   (4) When wearing a face covering or mask poses a greater mental or physical health, safety or security risk, such as anyone who has trouble breathing, or is unconscious, incapacitated or otherwise unable to remove the cover without assistance.

   (5) Daycares and other childcare establishments shall provide parents with information on the facility's procedures for use of face coverings or masks. Where the consistent use of face coverings or masks are not possible due to supervision of multiple children, the facility shall adhere to sanitary, hygienic and face covering practices to the maximum extent practicable.

(e) Business owners, managers and supervisors shall ensure that employees, customers, clients and/or visitors observe the requirement for face coverings or masks while at the place of business.

(f) Reusable face coverings or masks must be kept clean and sanitary, including regular washing at least daily.

(g) This ordinance shall remain in effect, subject to modification for evolving information on preventing the spread of COVID-19 or other direction from federal, state or local officials.

**SECTION 2.** To the extent that this ordinance is in conflict with other ordinances of the City, this ordinance shall supersede the others until this ordinance is amended or repealed.

**SECTION 3.** Failure to comply with Section 1 of this ordinance can be enforced by a uniform non-traffic citation fine of $25.00 for individuals and $250.00 for businesses. Businesses who fail to comply a second time can be subject to a 14-day suspension of their business license pending a hearing of the City Council.

**SECTION 4.** Montgomery residents, businesses, and entities must comply with all provisions of the June 30th amended "Order of the State Health Officer" (Governor Ivey's "Safer at Home" order) including:

(a) Emergency maximum occupancy rate at retail stores. Occupancy shall be limited to no more than 50 percent of the normal occupancy load as determined by the fire marshal. This "emergency maximum occupancy rate" shall be posted in a conspicuous place, and enough staff shall be posted at the store entrances and exits to enforce this requirement.

(b) Close-contact service providers. Close-contact service providers—such as barber shops, hair salons, waxing salons, threading salons, nail salons and spas, body art facilities, tattoo services, and massage therapy establishments and services—shall comply with the following rules: a. Social distancing. Employees shall not knowingly allow clients or persons accompanying a client to congregate within six feet of a person from another household. Each employee shall wear a mask, or other facial covering that covers his or her nostrils and mouth, at all times while providing services within 6 feet of a client. Employees shall wash their hands thoroughly with soap and water immediately before providing services within 6 feet of a client.

(c) Entertainment venues. Employees shall not knowingly allow patrons or guests to congregate within six feet of a person from another households. Employees shall take reasonable steps to prevent people from congregating in lobby areas, break rooms, and other common areas. Indoor and enclosed entertainment venues shall limit occupancy to 50 percent of the normal occupancy load as determined by the fire marshal. Outdoor venues or those not assigned a normal occupancy load by the fire marshal shall limit occupancy as required to comply with the social distancing requirements of this paragraph.

(d) Sports Activities. Players, coaches, officials, and spectators at sporting events shall not congregate within 6 feet of a person from another household except to the extent necessary— and only to the extent necessary—for players, coaches, and officials to directly participate in the athletic activity. Players, coaches, officials, and spectators shall refrain from high fives, handshakes, and other physical contact except to the extent necessary—and only to the extent necessary—for players, coaches, and officials to directly participate in the athletic activity. Players, coaches, and officials shall wear a mask or other facial covering that covers his or her nostrils and mouth at all times except when a player or official is directly participating in the athletic activity.

**SECTION 5.** Failure to comply with Section 4 of this ordinance is enforceable under Section 22-2-14 of the Code of Alabama, which states: "Any person who knowingly violates or fails or refuses to obey or comply with any rule or regulation adopted and promulgated by the State Board of Health of this state shall be guilty of a misdemeanor and, upon conviction, shall be fined not less than $25.00 nor more than $500.00 and, if the violation or failure or refusal to obey or comply with such rule or regulation is a continuing one, each day's violation, or failure or refusal shall constitute a separate offense and shall be punished accordingly."

**SECTION 6.** Restaurants, bars and nightclubs. Occupancy shall be limited to no more than 50 percent of the normal occupancy load as determined by the fire marshal. Insofar as restaurants and similar establishments offer on-premises consumption of food or drink, they shall limit the party size at tables to no more than eight persons and maintain at least six feet of separation between people seated at different tables, booths, chairs, or stools. Games played at restaurants, bars, breweries, or similar establishments, such as pool and darts, may be played if players maintain 6 feet of distance from other players, game equipment is not shared by players during game play, and equipment is sanitized in between uses. e. Each employee shall wear a mask or other facial covering that covers his or her nostrils and mouth at all times while in regular interaction with patrons or guests.

**SECTION 7.** Failure to comply with Section 6 of this ordinance is subject to the enforcement provisions of Sec. 6-4 of the City Code, which includes fines on the business between $25.00 to $100.00 per person depending on how much the establishment is over permissible occupancy. Businesses who fail to comply a second time can be subject to a 14-day suspension of their business license pending a hearing of the City Council.

**SECTION 8.** If any subsection, sentence, clause, phrase, or word of this ordinance or any application of it to any person, structure, or circumstance is held to be invalid or unconstitutional by a decision of a court of competent jurisdiction, then such decision shall not affect the validity of the remaining portions or applications of this ordinance.

**SECTION 9.** This Ordinance shall become effective immediately upon passage, approval and publication or as otherwise provided by law. It shall remain in full force and effect until the subsequent City Council meeting at which time the City Council may vote to repeal the ordinance or to continue it in full force and effect for an additional 30 days.

ADOPTED this the 7th day of July, 2020.

STEVEN L. REED, MAYOR

ATTEST:

BRENDA GALE BLALOCK, CITY CLERK                    20-2020

From: kayla@morallaw.org,
To: kaylamoor@aol.com,
Date: Wed, Jul 29, 2020 5:51 pm
Attachments:



OFFICE OF THE MAYOR
Steven L. Reed, Mayor

Post Office Box 1111
Montgomery, Alabama
36101-1111

PH 334.625.2000
FX 334.625.2600

City of Montgomery, Alabama

July 17, 2020

To: Business Owner

RE: **State and City COVID-19 Health Requirements**

Pursuant to the July 7th, 2020 Montgomery City Council ordinance facial coverings/masks shall be worn at all times over the nostrils and mouth by persons over the age of six years who can medically tolerate doing so when in public places with more than 10 persons. Residents who have a *legitimate* health issue in which wearing a facial covering/mask further endangers their health are exempt. Such person are encouraged to have medical documentation stating such.

Businesses must abide by this and can turn away anyone who refuses to comply. At restaurants and bars, facial coverings/masks may only be removed when one's food arrives or to consume a beverage. Businesses who fail to comply are subject to a fine of $250.00 and a 14-day suspension of their business license on a second violation pending a hearing of the City Council.

Effective July 16, 2020, the Alabama Department of Public Health mandated that masks be worn in public places by persons over the age of six years old when within 6 feet of one another. The penalty for violating this is up to $500 and/or jail time. Businesses should abide by whichever of the City or State requirements are more restrictive in a particular instance.

Retail stores, restaurants, bars and nightclubs are limited to no more than 50% of the maximum occupancy determined by the fire marshal. Establishments that serve food or drinks shall limit the party size at tables to no more than 8 persons and maintain at least 6 feet of separation between people seated at different tables, booths, chairs, or stools.

Failure to comply with the occupancy requirements in retail stores and close-contact providers shall be guilty of a misdemeanor and be fined between $25.00 and $500.00 and/or jail time. Failure to comply with the requirement on restaurants, bars and nightclubs is subject to a fine between $25.00 to $100.00 per person. Businesses who fail to comply a second time can be subject to a 14-day suspension of their business license pending a hearing of the City Council.

Visit www.MGMReady for more information and access to signage you can post in your business.



[signature]

Steven L. Reed, Mayor

# GUIDELINES FOR PLACES OF WORSHIP

It is known that the virus that causes COVID-19 can be spread to others by infected persons who have few or no symptoms. Even if an infected person is only mildly ill, the people they spread it to may become seriously ill or even die, especially if they are 65 or older, or have pre-existing health conditions such as diabetes or heart disease that place them at higher risk. Because of the hidden nature of this threat, everyone should rigorously follow the practices specified in these protocols, all of which help facilitate a safe and measured reopening of Alabama.

In addition to guidelines on COVID-19 by the Centers for Disease Control and Prevention, the following are the minimum recommended health practices for all churches, congregations, and places of worship in Alabama. Churches, congregations, and places of worship may adopt additional protocols consistent with their specific needs and circumstances to help protect the health and safety of all employees, volunteers and congregants. The same minimum recommended health practices apply to funeral services, burials and memorials.

**Health protocols for employees and volunteers:**

- **Allow employees and volunteers to work from home as much as possible.**
- **Screen employees and volunteers for symptoms before coming into facilities with the following questions:**
  o Have you been in close contact with a confirmed case of COVID-19?
  o Are you experiencing a cough, shortness of breath or sore throat?
  o Have you had a fever in the last 48 hours?
  o Have you experienced new loss of taste or smell?
  o Have you experienced vomiting or diarrhea in the last 24 hours?
- **Screen employees and volunteers for fever:**
  o Best practice: Take people's temperatures onsite with a no-touch thermometer each day upon arrival.
  o Minimum practice: People take their own temperatures before arriving. Normal temperature should not exceed 100.4 degrees Fahrenheit.
- **Direct any employee or volunteer who exhibits COVID-19 symptoms** (answers yes to any of the screening questions or who is running a fever) to leave the premises immediately and seek medical care or COVID-19 testing or both.
- **Increase hygiene practices:** wash hands frequently, avoid touching your face, practice good etiquette when coughing or sneezing.
- **Consider having employees, volunteers and attendees wear cloth face coverings** over the nose and mouth to help protect against the spread of the virus (not an N-95 or medical mask, which should be reserved for healthcare workers).
- **Practice recommended social distancing,** at least six feet between people of different households, to the greatest extent possible.

**Health protocols for facilities:**

- Regularly and frequently clean and disinfect any regularly touched surfaces, such as doorknobs, tables, chairs and restroom items.
- Disinfect seats between services.
- Discontinue passing of items among attendees and disinfect any items that come into contact with attendees.
- Discontinue self-service by guests at drink stations, buffets or salad bars.
- Make hand sanitizer, disinfecting wipes, soap and water, or similar disinfectant readily available.
- Discontinue self-service for snacks or coffee.
- Maintain rigorous sanitation practices like disinfection, handwashing and cleanliness when preparing or serving anything edible.
- **Improve Ventilation:** As basic principles of social distancing, surface cleaning and disinfection, handwashing and other strategies of good hygiene are of the utmost importance in preventing the spread of COVID-19, ventilation in facilities should also be considered.

**Consider improving the engineering controls using the building ventilation system.** This may include some or all of the following activities:
o Increase ventilation rates.
o Increase the percentage of outdoor air that circulates into the system.
o Do not recirculate air.

The virus that causes COVID-19 is still circulating in our communities. We should continue to observe practices that protect everyone, including those who are most vulnerable. Please note, public health guidance cannot anticipate every unique situation. Churches, congregations and places of worship should stay informed and take actions based on common sense and wise judgment that will protect health and support economic revitalization.

**Health protocols for serving attendees:**

- Strongly encourage people 65 or older and others especially at risk to watch or participate in the service remotely.
- Designate an area inside the facility reserved for the at-risk population or offer a service for at-risk population attendees only.
- Ensure proper spacing between attendees:
  o Keep at least two empty seats (or six feet of separation) between parties in any row, except as follows:
    - Two or more members of the same household can sit next to one another, with two seats (or six feet separation) empty on either side.
  o Alternate rows between attendees (every other row left empty).

5/2020

**alabamapublichealth.gov**

ALABAMA PUBLIC HEALTH

Ex. D